AO 91 (Rev. 11/11)  Criminal Complaint          Felony                              United States District Court
                                                                                    ~~Southern District of Texas~~

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**FILED**

**AUG 2 3 2018**

**David J. Bradley, Clerk of Court**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No. B-18-MJ-763 |
| Hector Felipe IBARRA | ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 22, 2018 in the county of Kenedy in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 841(a)(1) & 846 | knowingly and intentionally possess with intent to distribute 1.24 kilograms of heroin, a Schedule I controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute the heroin aforementioned. |

This criminal complaint is based on these facts:

On August 22, 2018, IBARRA was encountered at the United States Border Patrol Checkpoint in Sarita, Texas, aboard a commercial bus. U.S. Border Patrol Agents perfomring routine immigration inspections encountered IBARRA and determined he was a U.S. citizen. IBARRA displayed nervous behaivor while being interviewed by the Border Patrol agents and was asked for consent to search his personal belongings, to which he consented. The search revealed 1.24 kilograms of heroin inside a backpack belonging to IBARRA. Post Miranda Rights, IBARRA admitted to knowledge of possession of narcotics and transporting them for financial gain.

☐ Continued on the attached sheet.

*Complainant's Signature*

Gilbert Briones     Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Aug 23, 2018
*Date*

*Judge's signature*

Brownsville, Texas                              Ronald G. Morgan    U.S. Magistrate Judge
*City and State*                                *Printed name and title*